IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| HANKAMER VENTURES, L.P. § § § | |
| v. § § | CIVIL ACTION NO. 4:15-CV-00431 |
| MARKEL INTERNATIONAL § INSURANCE COMPANY, LTD, § PROACTIVE CLAIMS SERVICE, INC., § AND GULF COAST CLAIMS § SERVICE OF HOUSTON, INC. § | |

## AGREED ORDER OF DISMISSAL

BE IT REMEMBERED that on this day came on to be heard the Motion to Dismiss of Plaintiff, HANKAMER VENTURES, LP, and it appeared to the Court that said Motion was meritorious and should be granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED that this suit against GULF COAST CLAIMS SERVICE OF HOUSTON, INC., only, is hereby dismissed; that Plaintiff, HANKAMER VENTURES, LP, take nothing by reason of this suit of and from Defendant, GULF COAST CLAIMS SERVICE OF HOUSTON, INC., only, and that said Defendant be dismissed without prejudice. It is further,

ORDERED, ADJUDGED and DECREED that court costs be taxed against the parties incurring same.

Argued at Houston Texas this 25th day of June 2015

Frances H. Stacy
USMJ