IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HANKAMER VENTURES, L.P. | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-00431 |
| MARKEL INTERNATIONAL INSURANCE COMPANY, LTD, PROACTIVE CLAIMS SERVICE, INC., AND GULF COAST CLAIMS SERVICE OF HOUSTON, INC. | § § § § § § | |

**MOTION TO DISMISS DEFENDANTS,
PROACTIVE CLAIMS SERVICE, INC. AND MARKEL INTERNATIONAL INSURANCE COMPANY, LTD**

NOW COMES HANKAMER VENTURES, LP, Plaintiff in the above-entitled and numbered cause, and files the following Motion to Dismiss PROACTIVE CLAIMS SERVICE, INC. and MARKEL INTERNATIONAL INSURANCE COMPANY, LTD, respectfully showing the Court as follows:

I.

Plaintiff HANKAMER VENTURES, LP no longer wishes to pursue the above entitled and numbered cause of action against Defendants, PROACTIVE CLAIMS SERVICE, INC. and MARKEL INTERNATIONAL INSURANCE COMPANY, LTD.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, HANKAMER VENTURES, LP, prays that this suit against PROACTIVE CLAIMS SERVICE, INC. and MARKEL INTERNATIONAL INSURANCE COMPANY, LTD, be dismissed with

prejudice, that costs of Court be taxed against the parties incurring same, and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

/s/ Rocky Lawdermilk
Rocky Lawdermilk
SBOT: 90001440
2630 Liberty
Beaumont, Texas 77702
409-838-1800
409-212-8836 fax
rocky@rocklaws.com
ATTORNEYS FOR PLAINTIFF
HANKAMER VENTURES, LP

CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of April, 2016, a true and correct copy of the above and foregoing instrument was electronically filed with the Clerk of the Court and was served on all counsel of record:

/s/ Rocky Lawdermilk
Rocky Lawdermilk