United States District Court
Southern District of Texas
**ENTERED**
April 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HANKAMER VENTURES, LP, § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-15-0431 |
| § | |
| MARKEL INTERNATIONAL INSURANCE § | |
| COMPANY, LTD., and PROACTIVE § | |
| CLAIMS SERVICE, INC., § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on this day came to be heard the Motion to Dismiss of Plaintiffs, HANKAMER VENTURES, LP, and it appeared to the Court that said Motion was meritorious and should be granted. Accordingly, it is

ORDERED, ADJUDGED and DECREED that this suit against PROACTIVE CLAIMS SERVICE, INC., and MARKEL INTERNATIONAL INSURANCE COMPANY, LTD., is hereby DISMISSED; that Plaintiff HANKAMER VENTURES, LP take nothing by reason of this suit of and from defendants PROACTIVE CLAIMS SERVICE, INC. and MARKEL INTERNATIONAL INSURANCE COMPANY, LTD. and that said Defendants are DISMISSED WITH PREJUDICE. It is further

ORDERED, ADJUDGED and DECREED that courts costs be taxed against the parties incurring same.

Signed at Houston, Texas, this _4th_ day of April, 2016.

_____
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE